UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINGGUO WENG,<br><br>        Plaintiff,<br><br>v.<br><br>LOS ANGELES ASYLUM OFFICE,<br><br>        Defendant. | Case No. 2:24-cv-07602-SB-JC<br><br>ORDER TO SHOW CAUSE |

    Plaintiff Bingguo Weng filed this mandamus action seeking to compel Defendant to adjudicate his asylum application. Dkt. No. 1. On October 25, the Court held a status conference on service. Plaintiff failed to appear, and the Court cautioned Plaintiff that failure to properly serve Defendant by December 5 would result in the dismissal of the action without prejudice. Dkt. No. 10. Defendant has now appeared and filed an ex parte application to stay the case. Dkt. No. 11. Defendant represents that it has scheduled Plaintiff's asylum application interview for August 4, 2025 and attempted to contact Plaintiff about seeking a joint stipulation to stay the action pending adjudication of his application. Plaintiff has been unresponsive to Defendant's attempts to contact him at his listed address and phone number. Plaintiff has also failed to provide the Court and Defendant with an email address in violation of Local Rule 41-6.

    As the government has scheduled Plaintiff's application interview, it appears that his claims may be moot. Nevertheless, the Court orders Plaintiff to show cause, in writing, by December 17, why this action should not be dismissed for lack of prosecution and for failure to comply with the local rules. Failure to timely file the required response will be deemed consent to the dismissal of the case without prejudice.

Date: December 4, 2024

                                                         Stanley Blumenfeld, Jr.
                                                         United States District Judge